**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MANUEL ABELARDO OVIEDO CERDA, | § § § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-818 |
| v. | § § | |
| RAYMOND THOMPSON *et al.*, | § § | |
| Respondents. | § § § | |

**ORDER**

The petitioner, Manuel Abelardo Oviedo Cerda, filed a petition for a writ of habeas corpus. (Docket Entry No. 1).  On April 28, 2026, an immigration judge granted Oviedo Cerda voluntary departure.  *See*  Oviedo  Cerda,  EOIR  Automated  Case  Information, https://acis.eoir.justice.gov/en/.[1]  No later than June 19, 2026, Oviedo Cerda must provide the court with a status update explaining whether he is still in custody or whether his habeas petition is moot because he has voluntarily departed the country.

SIGNED on June 12, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge

---

[1] Publicly available information related to the petitioner's immigration proceedings may be found by searching for the petitioner by his A-number and nationality at the Executive Office for Immigration Review's website, available at https://acis.eoir.justice.gov/en (last visited May 29, 2026).