United States District Court
Southern District of Texas

**ENTERED**

June 25, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MANUEL ABELARDO OVIEDO CERDA, | § § § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-818 |
| v. | § § | |
| RAYMOND THOMPSON, *et al.*, | § § | |
| Respondents. | § § | |

**DISMISSAL ORDER**

In response to the court's request for a status update, (Docket Entry No. 14), the respondents have filed a notice explaining that the petitioner, Manuel Abelardo Oviedo Cerda, voluntarily departed the county on May 9, 2026, (Docket Entry No. 15). The court dismisses this case, without prejudice, as moot.

SIGNED on June 24, 2026, at Houston, Texas.

_____

Lee H. Rosenthal
Senior United States District Judge